UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 3: 11-005-DCR |
| Plaintiff/Respondent, | ) | and |
| | ) | Civil Action No. 3: 12-7217-DCR |
| V. | ) | |
| | ) | |
| RAUL ESTRADA-CHAVEZ, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Defendant/Movant Raul Estrada-Chavez's motion to vacate, set aside, or correct the sentence previously entered in Frankfort Criminal Action No. 3: 11-005-DCR [Record No. 19] is **DENIED** and his claims are **DISMISSED** with prejudice.

2.      Judgment is entered in favor of Respondent United States of America with respect to all issues raised herein.

3.      This habeas proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

This 18th day of October, 2012.



Signed By:
*Danny C. Reeves*
United States District Judge